# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2983 Disciplinary Docket No. 3 |
| | : | |
| JAY ARTHUR ROSENBERG | : | No. 83 DB 2023 |
| | : | |
| | : | (Circuit Court of Fairfax County, Virginia, |
| | : | Case No. 22-04387) |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 23-BG-0117) |
| | : | |
| | : | Attorney Registration No. 325011 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Jay Arthur Rosenberg is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.